IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOY GASPARIK, individually and
as personal representative of the
Estate of RICHARD GASPARIK,
    Plaintiff,

v.                                               CASE NO.: 3:05cv304/MD

WAGNER INDUSTRIES, INC.; SANDVIK
PROCESS SYSTEMS, INC.; PALL
CORPORATION; and GELMAN SCIENCES,
INC.,
    Defendants.
_____/

SANDVIK PROCESS SYSTEMS, LLC,
a foreign corporation,
    Third-Party Plaintiff,

v.

JERSEY SHORE AUTOMATION, INC.,
a foreign corporation; MULTI-TECH
GROUP, INC., a Florida corporation;
and SOUTHEASTERN GENERAL AND
MECHANICAL CONTRACTORS, INC., a
dissolved Florida corporation,
    Third-Party Defendants.
_____

ORDER OF DISMISSAL

This case has been referred to the undersigned magistrate judge for disposition pursuant to the authority of 28 U.S.C. § 636(c) based on consent by the parties to magistrate judge jurisdiction. In response to the motion for summary judgment filed by defendants Pall Corporation and Gelman Sciences, Inc., (doc. 147),

plaintiff asserts that the motion is moot because a settlement agreement has been reached between plaintiff individually and as personal representative of the estate of Richard Gasparik in her claim against these defendants. (Doc. 155 at 2). Plaintiff also indicates that this case can be removed from the Court's December 4, 2006 docket as all claims have been settled against all parties.

Accordingly, it is ORDERED:

1. Plaintiff's claim individually and as personal representative of the estate of Richard Gasparik against defendants Pall Corporation and Gelman Sciences, Inc. Is hereby dismissed with prejudice with each party to bear their respective costs and attorneys' fees.

2. In the event settlement is not consummated for any reason, the court reserves the power, upon motions filed by either party within sixty (60) days, to amend, alter or vacate and set aside this order of dismissal.

3. The clerk shall remove this case from the court's December 4, 2006 docket.

DONE AND ORDERED at Pensacola, Florida this 25th day of October, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**